IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. WALNEY** and **RODNEY A. BEDOW, SR.**, *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> **SWEPI LP** *and* **SHELL ENERGY HOLDING GP, LLC,** <br><br> Defendants. | CIVIL ACTION No. 13-102 Erie |

ORDER

AND NOW, this 20th day of April, 2018, upon consideration of the motion for summary judgment filed by plaintiffs Thomas J. Walney and Rodney A. Bedow, Sr. on behalf of the class (ECF No. 140), the cross-motion for summary judgment filed on behalf of defendants SWEPI LP and Shell Energy Holding GP, LLC (ECF No. 156), and the parties' respective oppositions to the foregoing motions and related filings, IT IS HEREBY ORDERED, for the reasons set forth in the accompanying memorandum opinion, that plaintiffs' motion is GRANTED insofar as the court has concluded, as a matter of law, that enforceable contracts existed between defendants and the various class members. In all other respects, plaintiffs' motion is DENIED.

IT IS FURTHER ORDERED that defendants' motion for summary judgment (ECF No. 156) is DENIED.

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge