IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. WALNEY** and **RODNEY A. BEDOW, SR.,** *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> **SWEPI LP** *and* **SHELL ENERGY HOLDING GP, LLC,** <br><br> Defendants. | CIVIL ACTION No. 13-102 Erie |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of the motion for reconsideration filed by defendants SWEPI LP and Shell Energy Holding GP, LLC (ECF No. 179), and the parties' respective filings related thereto, IT IS HEREBY Ordered, for the reasons stated in the accompanying memorandum opinion, that defendants' motion is DENIED.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge