**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS J. WALNEY and RODNEY A. BEDOW, SR.,** *individually and on behalf of all others similarly situated,* | ) | CIVIL ACTION No. 13-102 Erie |
| Plaintiffs, | ) | |
| v. | ) | |
| **SWEPI LP** *and* **SHELL ENERGY HOLDING GP, LLC,** | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

AND NOW, this 31st Day of March, 2019, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS ORDERED that Defendants' Motion to Decertify the Class (ECF No. [196]) shall be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Third Motion to Amend Class Definition (ECF No. [183]) is DENIED as moot and Plaintiffs' Fourth Motion to Amend Class Definition (ECF No. [211]) is DENIED on the merits.

IT IS FURTHER ORDERED that Plaintiffs' Second Motion for Summary Judgment (ECF No. [213]) shall be, and hereby is, DENIED without prejudice to be reasserted at a later time by any individual lessor herein, as additional proceedings may warrant.

IT IS FURTHER ORDERED that Defendants' Motion to Strike Plaintiffs' Late-Filed Concise Statement of Facts and Appendix re Second Motion for Summary Judgment (ECF No. [240]) is DENIED as moot.

Finally, IT IS ORDERED that the parties shall file a joint proposal, **within fourteen (14) days**, setting forth how they wish to proceed with any additional matters relating to this litigation, including any proposed form of notice to former class members that may be required consistent with Federal Rule of Civil Procedure 23. The undersigned will conduct a **telephonic status conference** on **April 18, 2019 at 2:00 p.m**. for the purpose of discussing the parties' joint proposal. Counsel for Plaintiffs is requested to arrange for all parties to participate by conference call at the above date and time.

Susan Paradise Baxter
Susan Paradise Baxter
United States District Judge