# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. WALNEY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:13-cv-102 |
| ) | |
| **SWEPI, LP, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM ORDER

Pending before the Court are Defendants' motions for sanctions against Attorney Joseph E. Altomare, ECF No. 259, and Plaintiffs' cross-motion for sanctions against Defendants, ECF No. 262. These motions were referred to United States Magistrate Judge Richard A. Lanzillo on October 24, 2019 for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Civil Rules of this Court. ECF No. 266.

On February 11, 2020, Judge Lanzillo issued an R&R recommending that both motions for sanctions be denied. ECF No. 285.

Objections to the R&R were due no later than February 25, 2020. To date, no objections have been filed.

After *de novo* review of the parties' cross-motions for sanctions and all filings related thereto, together with the Magistrate Judge's report and recommendation, the following order is entered:

AND NOW, this 27th day of March, 2020;

IT IS HEREBY ORDERED that the Defendants' motion for sanctions, as set forth in its Motion for Approval of Class Decertification Notice and for Certain Other Relief, ECF No. [259], is DENIED.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for Sanctions, ECF No. [262], is DENIED.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on February 11, 2020, ECF No. [285], is adopted as the opinion of the Court.

SUSAN PARADISE BAXTER
United States District Judge

cm:

Counsel of record
(via CM/ECF)

United States Magistrate Judge Richard A. Lanzillo
(via CM/ECF)