# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. WALNEY and RODNEY A. BEDOW, SR., <br><br> Plaintiffs, <br><br> v. <br><br> SWEPI LP and SHELL ENERGY HOLDING GP, LLC, <br><br> Defendants. | ) <br> ) <br> ) CASE NO:   1:13-cv-00102-SPB <br> ) <br> ) Judge Susan Paradise Baxter <br> ) <br> ) Mag. Judge Richard A. Lanzillo <br> ) <br> ) <br> ) *Electronically Filed* <br> ) |

## MOTION TO SUBSTITUTE PARTY PURSUANT TO FED. R. CIV. P. 25(c)

Defendants, SWEPI LP and Shell Energy Holding GP LLC, by and through their undersigned counsel, respectfully submit this Motion to Substitute Party Pursuant to Federal Rule of Civil Procedure 25(c) seeking to substitute Shell Legacy Holdings LLC as successor-in-interest to Defendant SWEPI LP, a now legally defunct entity. As required by the Local Rules and this Court's Chambers Procedures, a proposed Order granting the motion is attached.

Furthermore, as is required by the Local Rules and this Court's Chambers Procedures, Defendants will be filing, today, a brief in support of this motion.

Respectfully submitted:

Dated: April 21, 2023

/s/ Jeremy A. Mercer
Jeremy A. Mercer, Esq. (PA 86480)
jeremy.mercer@nelsonmullins.com
Carolyn B. McGee, Esq. (PA 208815)
carolyn.mcgee@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:   (412) 730-4050

Fax: (412) 567-9241

*Counsel for Defendants*